TV/USAO#2009R00314

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. L-09-0373 |
| TYRONE POWELL and GREGORY FITZGERALD | : : : : : : : | (Conspiracy to Distribute and Possess with Intent to Distribute Cocaine Hydrochloride, 21 U.S.C. § 846; Possession with Intent to Distribute Cocaine Hydrochloride, 21 U.S.C. § 841(a); Aiding & Abetting, 18 U.S.C. § 2) |

.oOo.

## SUPERSEDING INDICTMENT

### COUNT ONE

The Grand Jury for the District of Maryland charges that:

Beginning at least in or about January 2009, and continuing through on or about January 23, 2009, in the District of Maryland, the defendants,

**TYRONE POWELL and
GREGORY FITZGERALD,**

did knowingly and willfully combine, conspire, confederate and agree with one another and with others known and unknown to the Grand Jury to distribute and possess with intent to distribute a mixture or substance containing a detectable amount of cocaine hydrochloride, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

21 U.S.C. § 846

## COUNT TWO

The Grand Jury for the District of Maryland further charges that:

On or about January 23, 2009, in the District of Maryland, the defendants,

**TYRONE POWELL and
GREGORY FITZGERALD,**

did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of cocaine hydrochloride, a Schedule II controlled substance.

21 U.S.C. § 841(a) and 841(b)(1)(C)

18 U.S.C. § 2

_Rod Rosenstein /tv_
Rod J. Rosenstein
United States Attorney

**SIGNATURE REDACTED**

Foreperson

Date: 8/18/2009