# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL NO. L-09-0373** |
| | : | |
| **TYRONE POWELL, et al.** | : | |
| | : | |

...oOo...

## NOTICE OF APPEAL

Notice is hereby given that Tyrone Powell, the defendant in the above-captioned case, hereby appeals to the United States Court of Appeals for the Fourth Circuit the District Court's denial of the defendant's motion to suppress evidence, pursuant to a conditional plea agreement entered into between the parties.

Respectfully submitted,

November 16, 2009                        _____/s/_____
Date                                                  Steven H. Levin
                                                          Levin & Gallagher LLC
                                                          250 West Pratt Street
                                                          Suite 1300
                                                          Baltimore MD 21201

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been served, by electronic mail, on this 16th day of November, 2009, on the following: AUSA Kwame Manley, United States Attorney's Office, 36 S. Charles Street, Suite 400, Baltimore MD 21201.

                                              __/s/_____
                                              Steven H. Levin
                                              Attorney for the Defendant