UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2015 NOV 18 PM 2: 22

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

**MEMORANDUM**

TO: David Copperthite
Assistant U.S. Attorney

Tyrone Powell
Reg. No. 44303-037
FCI Fort Dix
P. O. Box 2000
Joint Base MDL, NJ 08640

DATE: November 18, 2015

FROM: Judge Catherine C. Blake

SUBJECT: USA v. Tyrone Powell, CCB-09-0373

---

I agree that Mr. Powell's sentence of 96 months imposed pursuant to a Rule 11(c)(1)(C) plea agreement was not based on a specified drug quantity guidelines range. Accordingly, his motion for reduction will be denied by separate Order.